UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MILISSA PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV01372 ERW |
| ) | |
| MIDLAND FINANCIAL GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion to Remand Case to State Court [doc. #16].

Plaintiff filed this Motion to Remand upon recognizing that due to the addition of Missouri resident Defendants in her Amended Complaint [doc. #14], the Court no longer has subject matter jurisdiction based on diversity of citizenship. Defendant Midland Financial Group has consented to Plaintiff's Motion, and the Court concludes that it will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand Case to State Court [doc. #16] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remand this action to the Circuit Court of St. Louis City, State of Missouri, from which it was removed.

Dated this 16th Day of February, 2010.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE